UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| KENNETH MURPHY and wife, RENNEE FORD, | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:13-CV-108 |
| v. | ) ) | Judge Curtis L. Collier |
| ALLSTATE INDEMNITY COMPANY, | ) ) ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is a motion for summary judgment filed by Defendant Allstate Indemnity Company ("Defendant") (Court File No. 10) seeking dismissal of the complaint filed by Plaintiffs Kenneth Murphy and Renee Ford ("Plaintiffs") (Court File No. 1-2). Plaintiffs filed a statement of facts (Court File No. 13) and a response brief (Court File No. 14). Defendant filed a response to Plaintiffs' statement of facts (Court File No. 18) and a reply brief (Court File No. 19). For the reasons set forth in the accompanying memorandum, the Court **GRANTS** Defendant's motion for summary judgment (Court File No. 10). There being no other issues in this case, the Court **DIRECTS** the Clerk of Court to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT